IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 18-585 |
| KENNETH SHABAZZ WHITEHEAD, | CIVIL ACTION NO. 20-6585 |
| Defendant. | |

### ORDER

**AND NOW**, this 30th day of December 2021, upon consideration of Defendant Kenneth S. Whitehead's pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 63), the Government's Response in Opposition to Defendant's Motion (Doc. No. 69), Defendant's Reply (Doc. No. 70), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 63) is **DENIED**. A certificate of appealability will not issue in this case because Defendant has failed to make a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.